**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOHNNY CROW
#552907**                                                                                    **PLAINTIFF**

**V.**                              **NO. 4:26-cv-00230-LPR-ERE**

**LAFAYETTE WOODS and
HUDSON**                                                                              **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.      Procedure for Filing Objections**

This Recommended Disposition ("RD") has been sent to United States District Judge Lee P. Rudofsky. You may file objections to all or part of this RD. Objections must be specific, include the factual or legal basis for the objection, and be filed within fourteen days. If you do not object, you may waive the right to appeal questions of fact.

**II.     Discussion**

On March 5, 2026, *pro se* plaintiff James Pearce filed this 42 U.S.C. § 1983 case on behalf of himself, Corey Mott, and Johnny Crow, who were all inmates at the W.C. Brassell Adult Detention Center. *Doc. 1*. With the initial filing, *pro se* plaintiff Johnny Crow failed to either submit a complete in forma pauperis ("IFP") application or pay the statutory filing fee.

As a result, on March 6, 2026, I directed the Clerk of Court to send Mr. Crow an IFP application. *Doc. 3*. I directed him to, within 30 days, either: (1) return a completed IFP application; or (2) pay the $405.00 filing fee. *Id*. I specifically warned Mr. Crow that his failure to comply with the Order would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Crow has not submitted completed IFP application or paid the filing fee, and the time to do so has passed.

## III.    Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.      Mr. Crow's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the March 6, 2026 Order; (2) submit a completed IFP application or pay the filing fee; and (3) prosecute this lawsuit.

2.      The Clerk be instructed to close this case.

Dated 13 April 2026.

_____
UNITED STATES MAGISTRATE JUDGE